**Jeffrey Lee RING, Appellant,**

v.

**Robert A. ERICKSON, Appellee.**

**No. 91–2488.**

United States Court of Appeals, Eighth Circuit.

Jan. 7, 1993.

Because the filing of an amended panel opinion moots the petition for rehearing and suggestion for rehearing en banc, the petition and suggestion are denied on this ground. The court vacates its earlier order granting en banc rehearing on the suggestion.